```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                            6/27/2023

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:        cd        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR  2:23-cr-00314-HDV |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| JENNIFER QUAN, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH TEN

[18 U.S.C. § 1343]

A.    INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.    Defendant JENNIFER QUAN was a resident of Los Angeles County, within the Central District of California.

2.    Authentic Brand Group, House of CB, Pretty Little Thing, and Fashion Nova (collectively, the "company victims") were clothing or cosmetic companies operating in the United States and elsewhere. At all relevant times, Authentic Brand Group had its principal place of business in the State of New York.  House of CB and Pretty Little

Thing were businesses with their principal place of business in the United Kingdom.

3.    B.M., K.J., J.S., and L.R. were public figures and social media personalities, each with a significant presence on various social media sites, including Instagram and YouTube.  V.V. was a former personal assistant who was employed by K.J. (collectively, the "identity theft victims").

4.    PayPal Holdings, Inc. ("PayPal"), was a payment processing company that maintained servers located only outside of the State of California.  Thus, anytime a customer transferred money to or from a PayPal account, the transfer required electronic communications with a PayPal server outside the State of California.

5.    Gmail was an email provider that maintained servers located only outside of the State of California.  Thus, anytime a user sent an email using a Gmail account, the email required electronic communications with a Gmail server outside the State of California.

B.    THE FRAUDULENT SCHEME

6.    Beginning in or around August 2018, and continuing until at least in or around September 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant QUAN, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud the company victims as to material matters, and to obtain money and property from the company victims by means of materially false and fraudulent pretenses, representations, and promises, including by falsely impersonating the identity theft victims, and others.

C.    THE MANNER AND MEANS OF THE SCHEME TO DEFRAUD

7.    The scheme to defraud operated, in substance, as follows:

1          a.   Defendant QUAN would identify social media accounts

2   associated with B.M., K.J., J.S., L.R., and others;

3          b.   Defendant QUAN would create fraudulent email accounts

4   that displayed names similar to the names of the identity theft

5   victims;

6          c.   Defendant QUAN would use the fraudulent email accounts

7   and text messages to impersonate the identity theft victims to

8   solicit money, jewelry, and other products from the company victims.

9          d.   Defendant QUAN would induce the company victims to

10  part with money and property by making materially false and

11  fraudulent statements and representations, which defendant QUAN knew

12  were false when she made them, including, but not limited to, the

13  following:

14              i.   that the emails and text messages defendant QUAN

15  sent to the company victims were being sent by or on behalf of the

16  identity theft victims;

17              ii.  that defendant QUAN had authority to enter into

18  "Influencer Agreements" and other contracts on behalf of the identity

19  theft victims; and

20              iii. that, in exchange for payment or products, the

21  identity theft victims would use their social media platforms to

22  advertise and otherwise promote the company victims' products.

23         e.   After convincing the company victims that defendant

24  QUAN was authorized to act on behalf of the identity theft victims,

25  defendant QUAN would enter into fraudulent contracts with the company

26  victims, including purported "Influencer Agreements," which defendant

27  QUAN would sign in the names of the identity theft victims she was

28  impersonating.

3

f.   At defendant QUAN's direction, the company victims would transfer money to accounts controlled by defendant QUAN, and send products to defendant QUAN's residence, which defendant QUAN subsequently resold for profit.

8.   In total, through her scheme, defendant QUAN caused the company victims to send her at least approximately $120,947 in money and merchandise.

D.   <u>USE OF INTERSTATE WIRES</u>

9.   On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant QUAN, for the purpose of executing the above-described scheme to defraud, transmitted and caused the transmission of the following items by means of wire communication in interstate and foreign commerce:

| COUNT | DATE | ACT |
|-------|------|-----|
| ONE | 8/16/18 | Email from a fraudulent email account in Los Angeles, California, purportedly associated with V.V. to House of CB, located in London, United Kingdom, stating, among other things, "My name is [V.V.] and I am one of the assistants to [K.J.]" and that K.J. "specifically requested to see more House of CB clothing." |
| TWO | 11/5/2018 | Email from a fraudulent email account in Los Angeles, California, purportedly associated with V.V. to Authentic Brand Group, located in New York, New York, stating, among other things, "My name is [V.V.] and I am one of the assistants to [K.J.]" and "We are currently working on a secret project and wanted to feature some of your styles." |

| COUNT | DATE | ACT |
|---|---|---|
| THREE | 2/27/2019 | Email using Gmail from a fraudulent email account in Los Angeles, California, purportedly associated with B.M. to Fashion Nova, stating, among other things, "I typically charge $6k a month but that depends. I also receive clothing or materials to create content as well. The rate is negotiable." |
| FOUR | 3/7/2019 | Email using Gmail from a fraudulent email account in Los Angeles, California, purportedly associated with B.M. to Fashion Nova, attaching an "Influencer Agreement" that was purportedly signed by victim B.M. |
| FIVE | 3/26/2019 | Transfer of approximately $1,200 from a PayPal account purportedly associated with B.M. to a Bank of America account ending in -0858 in Los Angeles, California. |
| SIX | 3/29/2019 | Email using Gmail from a fraudulent email account in Los Angeles, California, purportedly associated with L.R. to Fashion Nova, stating, among other things, "I would love to Collab with your business". |
| SEVEN | 4/13/2019 | Email using Gmail from a fraudulent email account in Los Angeles, California, purportedly associated with L.R. to Fashion Nova, attaching an "Influencer Agreement" that was purportedly signed by victim L.R. |
| EIGHT | 4/18/2019 | Transfer of approximately $7,800 from a PayPal account purportedly associated with L.R. to a Bank of America account ending in -0858 in Los Angeles, California. |
| NINE | 6/4/2019 | Email from a fraudulent email account in Los Angeles, California, purportedly associated with L.R. to Pretty Little Thing, attaching an "Influencer Agreement" that was purportedly signed by victim L.R. |
| TEN | 6/17/2019 | Transfer of approximately $4,990 from a PayPal account purportedly associated with J.S. to a Bank of America account ending in -0858 in Los Angeles, California. |

5

COUNT ELEVEN

[18 U.S.C. § 1028A(a)(1)]

On or about August 16, 2018, in Los Angeles County, within the Central District of California, defendant JENNIFER QUAN knowingly possessed and used, without lawful authority, means of identification that defendant QUAN knew belonged to other persons, namely, the name of victims V.V. and K.J., during and in relation to the offense of Wire Fraud, a felony violation of Title 18, United States Code, Section 1343, as charged in Count One of this Indictment.

COUNT TWELVE

[18 U.S.C. § 1028A(a)(1)]

On or about March 7, 2019, in Los Angeles County, within the Central District of California, defendant JENNIFER QUAN knowingly possessed and used, without lawful authority, means of identification that defendant QUAN knew belonged to another person, namely, the name of victim B.M., during and in relation to the offense of Wire Fraud, a felony violation of Title 18, United States Code, Section 1343, as charged in Count Four of this Indictment.

A TRUE BILL

_____/S/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes
Section

ELIZABETH S.P. DOUGLAS
Assistant United States Attorney
General Crimes Section

7